**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| DEFENSE DISTRIBUTED *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States *et al.*,<br><br>Defendants. | Case No. 4:22-cv-00691-O |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Todd Blanche, in his official capacity as Attorney General of the United States; Robert Cekada, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the United States Department of Justice; and ATF hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's August 17, 2026 Opinion & Order on the parties' renewed cross-motions for summary judgment [ECF No. 330] and August 18, 2026 Final Judgment [ECF No. 331].

DATED: October 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
DANIEL RIESS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On October 9, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*